UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE RIPPLE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DIRECTOR/SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. CV 11-00396-GHK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that defendant Shahatto's Motion to Dismiss is granted without leave to amend; that defendants Bedford, Hanna, Long, Eley, and Gabbard's Motion to Dismiss is granted as to defendants Bedford, Long, Eley, and Gabbard without leave to amend; that defendants Bedford, Hanna, Long, Eley, and Gabbard's Motion to Dismiss is denied as to defendant Hanna; and that plaintiff is

1  granted leave to file a Fifth Amended Complaint, only for the purpose of clarifying
2  her deliberate indifference claim as to defendant Hanna, within 30 days of the date of
3  this Order. On the expiration of the 30-day deadline, should plaintiff fail to file a Fifth
4  Amended Complaint, this action will be dismissed without prejudice for plaintiff's
5  failure to prosecute.

7  DATED: May 5, 2015

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE